**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1101**

EMAD EMILE DIDES,

       Debtor - Appellant,

   v.

ROGER SCHLOSSBERG, Chapter 7 Trustee,

       Trustee - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:22-cv-00324-TDC)

Submitted:  August 24, 2023              Decided:  August 28, 2023

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Emad Emile Dides, Appellant Pro Se.  Frank Joseph Mastro, SCHLOSSBERG MASTRO, Hagerstown, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emad Emile Dides appeals the district court's order affirming the bankruptcy court's order denying Dides' second motion to convert his Chapter 7 case to a Chapter 13 case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Dides v. Schlossberg*, No. 8:22-cv-00324-TDC (D. Md. Jan. 11, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*